IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIRIL GANTCHEV AND MARGARET RYAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PREDICTO MOBILE, LLC, a Delaware limited liability company, NEXTWEB MEDIA, LLC, a Nevada limited liability company, EMAIL DISCOUNTS, LLC, a Nevada limited liability company, OPENMARKET, INC., a Michigan corporation, ENHANCED SERVICES BILLING, INC., a Delaware Corporation,<br><br>Defendants. | No. 09-cv-2312<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Susan E. Cox |

**NOTICE OF JOINT MOTION**

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that at **9:30 a.m. on Tuesday January 5, 2010**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable U.S. District Court Judge Ronald A. Guzman, or any judge sitting in his stead, in Room 1219 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and there present the parties' **Joint Motion for Entry of Agreed Protective Order**.

Dated:  December 18, 2009                        Respectfully submitted,

                                **ENHANCED SERVICES BILLING, INC.**

                                By:   /s/ Monica M. Quinn
                                        One of Its Attorneys

Wilber H. Boies
Geoffrey A. Vance
Monica M. Quinn
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago IL  60606-5096
Telephone 312.372.2000
Facsimile  312.984.7700
***Attorneys for Defendant Enhanced Services Billing, Inc.***

## **CERTIFICATE OF SERVICE**

I, Monica M. Quinn, an attorney, hereby certify that on December 18, 2009 I caused to be electronically filed the above **Notice of Joint Motion** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Michael J. McMorrow
Jay Edelson
Steven L. Lezell
KamberEdelson LLC
350 North LaSalle Street
Suite 1300
Chicago , IL 60654
mjmcmorrow@kamberedelson.com
jedelson@kamberedelson.com
slezell@kamberedelson.com

Elizabeth S. Elmore
Michael Peter Conway
Grippo & Elden LLC
111 South Wacker Drive
Suite 5100
Chicago , IL 60606
docket@grippoelden.com
eelmore@grippoelden.com
mconway@grippoelden.com

Avidan Joel Stern
Lynch & Stern LLP
150 S. Wacker Drive
Suite 2600
Chicago , IL 60606
avi@lynchandstern.com

Sanket Bulsara
Charles Platt
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Sanket.Bulsara@wilmerhale.com
Charles.Platt@wilmerhale.com

Richard B Newman
Klein Zelman Rothermel LLP
485 Madison Ave
15th floor
New York, NY 10022
rnewman@kleinzelman.com

  /s/ Monica M. Quinn
         Monica M. Quinn

CHI99 5196632-1.072972.0023