UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIRIL GANTCHEV and MARGARET RYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREDICTO MOBILE, LLC, NEXTWEB MEDIA, LLC, EMAIL DISCOUNTS, LLC, OPENMARKET, INC., and ENHANCED SERVICES BILLING, INC.,<br><br>Defendants. | No. 09 C 2312 and 09 C 2349 (consolidated)<br><br>Judge Ronald A. Guzman<br><br>**PLAINTIFFS' MOTION TO RESET DATE FOR FILING CLASS CERTIFICATION MOTION** |

## MOTION TO RESET DATE FOR FILING
## CLASS CERTIFICATION MOTION

Plaintiffs, by their undersigned counsel, hereby move this Court for the entry of an Order resetting the date to file motions for class certification in this matter, due to the continued pendency of OpenMarket's potentially-dispositive Motion to Dismiss, resetting the date from Monday, January 4, 2010 to a date 60 days after this Court rules on Defendant OpenMarket's Motion to Dismiss. In support of this Motion, Plaintiffs state as follows:

1.    On or about March 9, 2009, Plaintiffs filed an amended a multi-count class action complaint in the Circuit Court of Cook Country, Illinois.

2.    On or about April 16, 2009, Defendant Enhanced Services Billing, Inc. ("ESBI") filed its Notice of Removal in this Court and its Notification of Removal in the state court.

Defendant OpenMarket, Inc. ("OpenMarket") similarly removed the following day, on April 17, 2009.

3. On April 23, 2009, Defendant ESBI filed its Answer and Affirmative Defenses in this case. (Dkt. 9)

4. On May 15, 2009, Defendants PredictoMobile, NextWeb Media, and Email Discounts (Collectively, the "Nextweb Defendants") filed a Motion to Dismiss this case. (Dkt. 15)

5. On July 6, 2009, this Court entered an Order setting discovery deadlines and a deadline for filing motions for class certification. (Dkt. 30)

6. On August 5, 2009, Defendant OpenMarket filed a Motion to Dismiss this case. (Dkt. 39)

7. On September 18, 2009, this Court denied the Nextweb Defendants' Motion to Dismiss. (Dkt. 46)

8. On October 2, 2009, Defendants PredictoMobile, LLC, NextWeb Media, LLC, Email Discounts LLC filed their Answer and Affirmative Defenses in this matter. (Dkt. 53)

9. Defendant OpenMarket has not yet answered the Amended Complaint in this matter, as its Motion to Dismiss is still pending before this Court and has not been ruled upon as of the date of this filing.

10. Because OpenMarket has not yet answered the Complaint, and because PredictoMobile, NextWeb Media, and Email Discounts did not answer the Complaint until after their Motion to Dismiss was denied, Plaintiffs request that the date for filing their motion for class certification be extended to a date 60 days after resolution of OpenMarket's pending Motion to Dismiss.

12. Such extension is allowable under Fed. R. Civ. P. 6(b), as the time for Plaintiffs to file filing their motion for class certification has not yet expired. This is the first request for extension of the class certification deadline.

13. None of the other scheduling dates in this case will be affected by extending the date for filing of Plaintiffs' class certification motion, and Plaintiffs are not requesting an extension of any discovery deadlines.

WHEREFORE, the Plaintiffs respectfully request this Court enter an Order extending the time in which Plaintiffs may file their motion for class certification to 60 days after the Court's ruling on Defendant OpenMarket's Motion to Dismiss.

Dated: December 18, 2009

Respectfully Submitted,

/S/  Michael J. McMorrow
Michael J. McMorrow
KAMBEREDELSON, LLC
350 N. LaSalle St., Suite 1300
Chicago, IL  60654
(312) 589-6370

Jay Edelson
Myles McGuire
Rafey S. Balabanian
Michael McMorrow
KamberEdelson, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312/589-6370
Facsimile: 312/589-6378
mjmcmorrow@kamberedelson.com