U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 09-CV-02312

Hon. Ronald A. Guzman

Kiril Gantchev and Margaret Ryan
vs. PredictoMobile, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants PredictoMobile, LLC, NextWeb Media, LLC and Email Discounts, LLC

| | |
|---|---|
| NAME (Type or print)<br>Colleen P. Sorensen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Colleen P. Sorensen | |
| FIRM    Grippo & Elden LLC | |
| STREET ADDRESS    111 S. Wacker Drive, #5100 | |
| CITY/STATE/ZIP    Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287454 | TELEPHONE NUMBER 312-704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL            APPOINTED COUNSEL | |