# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KIRIL GANTCHEV and MARGARET RYAN,   :    No. 09-CV-2312
individually and on behalf of a class of similarly   :
situated individuals,                                  :    Hon. Ronald A. Guzman

                      :

            Plaintiffs,                    :

     vs.                                      :

                      :

PREDICTOMOBILE, LLC, a Delaware limited   :
liability company, NEXTWEB MEDIA, LLC, a   :
Nevada limited liability company, EMAIL           :
DISCOUNTS, LLC, a Nevada limited liability    :
company, OPENMARKET, INC., a Michigan      :
corporation, ENHANCED BILLING SERVICES,   :
INC., a Delaware corporation,                :

                      :

           Defendants.                 :

## <u>NOTICE OF MOTION</u>

**TO:**   **KAMBER EDELSON, LLC**
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654
        Facsimile: (312) 589-6378

                **PLEASE TAKE NOTICE** that on **January 5, 2010** at **9:30 a.m.,** we shall

appear before the Honorable Ronald A. Guzman in Room 1219 of the United States District

Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then

and there present **DEFENDANTS PREDICTOMOBILE, LLC, EMAIL DISCOUNTS, LLC**

and **NEXTWEB MEDIA, LLC's MOTION TO DISMISS PLAINTIFFS' AMENDED**

**CLASS ACTION COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION,**

copies of which are hereby served upon you.

{00098077;1}

Dated: December 30, 2009                    Respectfully submitted,


                                            KLEIN ZELMAN ROTHERMEL LLP


                              By:           s/Richard B. Newman
                                            Richard B. Newman


*Lead Counsel:*                             *Local Counsel:*

Richard B. Newman, Esq.                     Michael P. Conway, Esq.
**KLEIN ZELMAN ROTHERMEL LLP**              Elizabeth S. Elmore, Esq.
485 Madison Avenue                          **GRIPPO & ELDEN LLC**
New York, New York  10022-5803              111 South Wacker Drive
Telephone:    (212) 935-6020                Chicago, Illinois  60606
Facsimile     (212) 753-8101                Telephone:    (312) 704-7700
                                            Facsimile:    (312) 558-1195
Attorneys for Defendants,                   Firm I.D. #    17044
**PREDICTOMOBILE, LLC,**
**EMAIL DISCOUNTS, LLC** and                Attorneys for Defendants,
**NEXTWEB MEDIA, LLC**                      **PREDICTOMOBILE, LLC,**
                                            **EMAIL DISCOUNTS, LLC** and
*\*Admitted Pro Hac Vice*                   **NEXTWEB MEDIA, LLC**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on **December 30, 2009**, he caused a true and complete copy of the foregoing **NOTICE OF MOTION** and **DEFENDANTS PREDICTOMOBILE, LLC, EMAIL DISCOUNTS, LLC** and **NEXTWEB MEDIA, LLC's MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** to be served via e-mail, facsimile, and the Court's ECF filing system to the following counsel of record:

Jay Edelson, Esq.
Myles McGuire, Esq.
Rafey S. Balabanian, Esq.
Michael J. Aschenbrener, Esq.
**KAMBER EDELSON LLC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Facsimile:     (312) 589-6378

s/Richard B. Newman
Richard B. Newman
