UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIRIL GANTCHEV and MARGARET RYAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PREDICTOMOBILE, LLC, a Delaware limited liability company, NEXTWEB MEDIA, LLC, a Nevada limited liability company, EMAIL DISCOUNTS, LLC, a Nevada limited liability company, OPENMARKET, INC., a Michigan corporation, ENHANCED BILLING SERVICES, INC., a Delaware corporation,<br><br>Defendants. | No. 09-CV-2312<br><br>Hon. Ronald A. Guzman |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants PredictoMobile, LLC, Email Discounts, LLC and NextWeb Media, LLC (collectively, "Moving Defendants"), pursuant to Rules 12(b)(1) and 12(h)(3) of the Federal Rules of Civil Procedure, hereby respectfully move the Court to dismiss Plaintiffs' Amended Class Action Complaint for lack of subject matter jurisdiction. In support of their motion, Moving Defendants state as follows:

1. This putative class action was commenced on or about August 28, 2008.

2. On or about November 9, 2009, Moving Defendants made unconditional tenders to the named plaintiffs of the full relief sought in the Amended Class Action Complaint.

3. At the time of such tender offers, no motion for class certification was pending, nor is any motion currently pending.

{00098078;1}

4. Plaintiffs' claims are thus moot, as there is no longer any case or controversy, and the entire action should be dismissed for lack of subject matter jurisdiction.

5. In support of this motion, Moving Defendants incorporate the arguments set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Lack of Subject Matter Jurisdiction.

WHEREFORE, PredictoMobile, LLC, Email Discounts LLC and NextWeb Media, LLC respectfully request that the Court enter an Order dismissing Plaintiffs' Amended Class Action Complaint for lack of subject matter jurisdiction.

Dated: December 30, 2009

Respectfully submitted,

**KLEIN ZELMAN ROTHERMEL LLP**

By:     s/Richard B. Newman
               Richard B. Newman

| Lead Counsel: | Local Counsel: |
|---|---|
| Richard B. Newman, Esq.<br>**KLEIN ZELMAN ROTHERMEL LLP**<br>485 Madison Avenue<br>New York, New York 10022-5803<br>Telephone: (212) 935-6020<br>Facsimile: (212) 753-8101<br><br>Attorneys for Defendants,<br>**PREDICTOMOBILE, LLC,**<br>**EMAIL DISCOUNTS, LLC** and<br>**NEXTWEB MEDIA, LLC**<br><br>*Admitted Pro Hac Vice | Michael P. Conway, Esq.<br>Elizabeth S. Elmore, Esq.<br>**GRIPPO & ELDEN LLC**<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 704-7700<br>Facsimile: (312) 558-1195<br>Firm I.D. # 17044<br><br>Attorneys for Defendants,<br>**PREDICTOMOBILE, LLC,**<br>**EMAIL DISCOUNTS, LLC** and<br>**NEXTWEB MEDIA, LLC** |