Kiril Gantchev, et al.
                                 Plaintiff,

v.                                                     Case No.: 1:09–cv–02312
                                                                Honorable Ronald A. Guzman

Predicto Mobile, LLC, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 8, 2010:

      MINUTE entry before Honorable Ronald A. Guzman:reed motion by Defendants Email Discounts, LLC, Enhanced Billing Services, Inc., Nextweb Media, LLC, OpenMarket, Inc., Predicto Mobile, LLC for extension of time to file response/reply as to motion to certify class, [69], [72] is granted for 60 days. No further extensions. Response due by 3/26/2010. Reply due by 4/9/2010. Status hearing set for 4/8/2010 at 9:30 a.m.(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.