# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIRIL GANTCHEV AND MARGARET RYAN, individually and on behalf of a class of similarly situated individuals, *Plaintiffs,* v. PREDICTO MOBILE, LLC, a Delaware limited liability company, NEXTWEB MEDIA, LLC, a Nevada limited liability company, EMAIL DISCOUNTS, LLC, a Nevada limited liability company, OPENMARKET, INC., a Michigan corporation, ENHANCED SERVICES BILLING, INC., a Delaware corporation. *Defendants.* | No. 09-CV-2312 Judge Ronald A. Guzman Magistrate Judge Susan E. Cox |

## ENHANCED SERVICES BILLING INC.'S JOINDER IN MOTION TO DISMISS

Defendant Enhanced Services Billing, Inc. ("ESBI") hereby joins in the Motion to Dismiss Plaintiffs' Amended Class Action Complaint ("Complaint") for Lack of Subject Matter Jurisdiction filed by Defendants Predicto Mobile, LLC, Email Discounts, LLC, and NextWeb Media, LLC (collectively, the "NextWeb Defendants") on December 30, 2009. (Doc. 65). Accordingly, ESBI joins in the NextWeb Defendants' request that the Court dismiss the Complaint for lack of subject matter jurisdiction for the reasons stated in the motion and supporting memorandum, (Doc. 66). Because ESBI relies entirely on the arguments raised by the NextWeb Defendants, ESBI respectfully suggests that the briefing schedule the Court previously entered on the NextWeb Defendants' motion, (*see* Doc. 68), apply to its joinder in the motion so as to avoid duplicative briefing on the same issues.

CHI99 5206668-1.072972.0023

Respectfully submitted this 19th day of January 2010,

  /s/ Monica M. Quinn
Wilber H. Boies
Geoffrey A. Vance
Monica M. Quinn
McDermott Will & Emery LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606

***Counsel for Enhanced Services Billing, Inc.***

## CERTIFICATE OF SERVICE

I, Monica M. Quinn, an attorney, hereby certify that on January 19, 2010 I caused to be electronically filed the above **Enhanced Services Billing Inc.'s Motion For Joinder** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ Monica M. Quinn
       Monica M. Quinn