IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIRIL GANTCHEV AND MARGARET RYAN, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 09-cv-2312 |
| PREDICTO MOBILE, LLC, a Delaware limited liability company, NEXTWEB MEDIA, LLC, a Nevada limited liability company, EMAIL DISCOUNTS, LLC, a Nevada limited liability company, OPENMARKET, INC., a Michigan corporation, ENHANCED SERVICES BILLING, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) | Judge Ronald A. Guzman<br><br>Magistrate Judge Susan E. Cox |
| Defendants. | ) | |

## NOTICE OF MOTION FOR JOINDER

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that at **9:30 a.m. on Thursday January 21, 2010**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable U.S. District Court Judge Ronald A. Guzman, or any judge sitting in his stead, in Room 1219 of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and there present **Enhanced Services Billing Inc.'s Motion For Joinder**.

Dated:  January 19, 2010                              Respectfully submitted,

                                                                             **ENHANCED SERVICES BILLING, INC.**

                                                                             By:   /s/ Monica M. Quinn
                                                                                          One of Its Attorneys

Wilber H. Boies
Geoffrey A. Vance
Monica M. Quinn
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago IL  60606-5096
Telephone 312.372.2000
Facsimile  312.984.7700
***Attorneys for Defendant Enhanced Services Billing, Inc.***

CHI99 5206679-1.072972.0023

# CERTIFICATE OF SERVICE

I, Monica M. Quinn, an attorney, hereby certify that on January 19, 2010 I caused to be electronically filed the above **Notice of Motion for Joinder** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Michael J. McMorrow
Jay Edelson
Steven L. Lezell
KamberEdelson LLC
350 North LaSalle Street
Suite 1300
Chicago , IL 60654
mjmcmorrow@kamberedelson.com
jedelson@kamberedelson.com
slezell@kamberedelson.com

Elizabeth S. Elmore
Michael Peter Conway
Colleen P. Sorensen
Grippo & Elden LLC
111 South Wacker Drive
Suite 5100
Chicago , IL 60606
docket@grippoelden.com
eelmore@grippoelden.com
mconway@grippoelden.com

Avidan Joel Stern
Lynch & Stern LLP
150 S. Wacker Drive
Suite 2600
Chicago , IL 60606
avi@lynchandstern.com

Sanket Bulsara
Charles Platt
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Sanket.Bulsara@wilmerhale.com
Charles.Platt@wilmerhale.com

Richard B Newman
Klein Zelman Rothermel LLP
485 Madison Ave
15th floor
New York, NY 10022
rnewman@kleinzelman.com

    /s/ Monica M. Quinn
        Monica M. Quinn

- 2 -

CHI99 5206679-1.072972.0023