Kiril Gantchev, et al.
                                   Plaintiff,

v.                                                             Case No.: 1:09–cv–02312
                                                                   Honorable Ronald A. Guzman

Predicto Mobile, LLC, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2010:

      MINUTE entry before Honorable Ronald A. Guzman:Motion by Defendant Enhanced Billing Services, Inc. for joinder in motion to dismiss [65] [75] is granted. Briefing schedule to remain the same. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.