

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Rafey S. Balabanian

FIRM: Edelson McGuire, LLC

STREET ADDRESS: 350 North LaSalle Street, Suite 1300

CITY/STATE/ZIP: Chicago, Illinois 60654

PHONE NUMBER: (312) 589-6370

E-MAIL ADDRESS: rbalabanian@edelson.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6285687

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-cv-4986 | Donna Conrad v. Flycell, Inc. and Virgin Mobile USA, Inc. | Robert M. Dow, Jr. |
| 09-cv-3585 | Empress Casino Joliet Corp., et al. v. Rod Blagojevich, et al. | Matthew F. Kennelly |
| 09-cv-1559 | Kevin Gray v. Thumbplay, Inc. | Charles R. Norgle, Sr. |
| 09-cv-6344 | Victor Lozano v. Twentieth Century Fox Film Corp., et al. | Amy J. St. Eve |
| 08-cv-5508 | William Jepsen v. Club Texting, Inc., et al. | Wayne R. Andersen |
| 08-cv-2097 | Kevin Panter v. Alltel Corporation | James B. Zagel |

/s/ Rafey S. Balabanian                              January 22, 2010

Attorney's Signature                                         Date



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Rafey S. Balabanian

FIRM: Edelson McGuire, LLC

STREET ADDRESS: 350 North LaSalle Street, Suite 1300

CITY/STATE/ZIP: Chicago, Illinois 60654

PHONE NUMBER: (312) 589-6370

E-MAIL ADDRESS: rbalabanian@edelson.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6285687

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09-cv-2312 & 09-cv-2349 | Kiril Gantchev, et al. v. Predicto Mobile, LLC, et al. | Ronald A. Guzman |
| 08-cv-4468 | Cynthia Walker v. Thumbplay, Inc. | Charles R. Norgle, Sr. |
| | | |
| | | |
| | | |
| | | |

/s/ Rafey S. Balabanian     January 22, 2010
_____     _____
Attorney's Signature              Date