

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:               Steven L. Lezell

FIRM:               Edelson McGuire LLC

STREET ADDRESS:     350 North LaSalle Street, Suite 1300

CITY/STATE/ZIP:     Chicago, Illinois 60654

PHONE NUMBER:       (312) 589-6370

E-MAIL ADDRESS:     slezell@edelson.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6286718

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09-cv-3585 | Empress Casino v. Blagojevich | Matthew F. Kennelly |
| 09-cv-2313 | Gantchev v. Predicto Mobile | Ronald Guzman |
| 09-cv-5090 | Hickman v. Wells Fargo | Amy J. St. Eve |
| 08-cv-2097 | Panter v. AllTell | James B. Zagel |
| 08-cv-4468 | Walker v. Thumbplay | Nan R. Nolan |
| 08-cv-4986 | Conrad v. Virgin Mobile et al. | Robert M. Dow |

/s/ Steven L. Lezell                                    January 22, 2010

_____                          _____
Attorney's Signature                                       Date