IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KIRIL GANTCHEV AND MARGARET RYAN, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No.   09-CV-2312 |
| v. | ) ) | Hon. Ronald A. Guzman |
| PREDICTO MOBILE, LLC, a Delaware limited liability company, NEXTWEB MEDIA, LLC, a Nevada limited liability company, EMAIL DISCOUNTS, LLC, a Nevada limited liability company, OPENMARKET, INC., a Michigan corporation, ENHANCED SERVICES BILLING, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) | Magistrate Judge Cox |
| *Defendants*. | ) | |

---------------------------------------------------------------x

**AGREED MOTION TO STAY PROCEEDINGS**
**PENDING SETTLEMENT NEGOTIATIONS**

Plaintiffs Kiril Gantchev ("Gantchev"), Margaret Ryan ("Ryan"), and Defendant OpenMarket, Inc. ("OpenMarket"), Predicto Mobile, LLC ("Predicto"), NextWeb Media LLC ("NextWeb") and Email Discounts, LLC ("Email Discounts"), respectfully and jointly move this Court for a global stay of this case pursuant to pending settlement discussions. OpenMarket is currently engaged in settlement negotiations with Plaintiffs' counsel—negotiations that implicate and will potentially resolve not only Gantchev's claims against OpenMarket (as well as several lawsuits throughout the country pending against OpenMarket), but Gantchev's claims against Predicto Mobile, LLC ("Predicto") and NextWeb Media, LLC (NextWeb). For the reasons explained below, a global stay of this case would save significant judicial resources, including this Court's time in deciding both currently pending and future motions that implicate all parties, avoid the parties

spending unnecessary resources litigating their dispute, and allow the parties to focus on their ongoing settlement negotiations. Enhanced Services Billing, Inc. ("ESBI") has indicated through counsel that it is not opposed to this motion.

## RELEVANT PROCEDURAL HISTORY

On March 6, 2009, Plaintiff Gantchev along with Plaintiff Ryan filed an Amended Complaint bringing claims against OpenMarket, Predicto, Email Discounts, NextWeb and EBSI, in the Circuit Court of Cook County, Illinois. The case was eventually removed to this Court. The claims brought by Gantchev and Ryan are distinct and involve two largely separate sets of operative facts.

Ryan has brought "landline" claims. Ryan alleged that "[i]n or about 2009" her "landline telephone" number was charged by Defendants EBSI and NextWeb for unwanted and unauthorized premium content services associated with Defendant Email Discounts. Am. Compl. ¶ 37. Based on these allegations, Ryan brought claims against EBSI, NextWeb, and Email Discounts. Ryan did not bring any claims against OpenMarket or Predicto. OpenMarket is not involved in the "landline telephone" business and Predicto's services are not billed to landline telephone accounts.

Gantchev, on the other hand, has brought "cell phone" related claims. He alleged that "[i]n or about 2008" his "cell phone account" was charged by OpenMarket and NextWeb was charged for unwanted and unauthorized premium content associated with Defendant Predicto. Am. Compl. ¶ 32. Based on these allegations, Gantchev brought claims against OpenMarket, NextWeb, and Predicto. Gantchev did not bring any claims against EBSI or Email Discounts.

On December 30, 2010, Defendants Predicto, Email Discounts, and NextWeb filed a Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Lack of

Subject Matter Jurisdiction.  On January 4, 2010, Plaintiffs Ryan and Gantchev filed a motion for class certification seeking to certify a class against all the defendants in the case.

## BASIS FOR A STAY OF THE GANTCHEV CLAIMS

OpenMarket has recently begun settlement negotiations with Plaintiff Gantchev's counsel, Edelson McGuire, to resolve the claims pending against OpenMarket not only in this case, but in other class actions brought by Edelson McGuire involving OpenMarket, including the following:

1. *Armer v. OpenMarket Inc., et al.,* No. C 08-1731 RSL (W.D. Wash.)

2. *Heyman v. OpenMarket Inc., et al.,* No. SACV 09-0987-CJC (C.D. Cal.)

3. *Harms v. OpenMarket Inc.,* No. 09-47663 CA 27 (Fla. 11th Cir. Ct.)

4. *Pratt v. OpenMarket Inc.,* No. 64272-3 (Wash. Ct. App.)

5. *Ranger v. T-Mobile USA, Inc.,* No. CV 08-01518 (C.D. Cal.)

With the exception of *Ranger*, each of these cases names OpenMarket as a defendant.  In light of OpenMarket's settlement discussions with Edelson McGuire, plaintiffs and defendants in each of these cases have sought or will soon seek litigation stays.  Two stays have already been granted.  In *Armer*, Judge Lisnak granted a stay of all of Plaintiff's claims against OpenMarket, but allowed the remaining claims (involving cross claims brought by a co-defendant against OpenMarket) to proceed.  *See Armer v. OpenMarket et al.* (W.D. Wash.), No. C 08-1731 RSL, "Order Granting Stipulated Request to Stay Proceedings Pending Settlement Negotiations," dated Jan. 28, 2010, Docket Entry No. 95.  In *Heyman*, Judge Carney entered a stay of all proceedings in the

case. *See Heyman v. T-Mobile, Inc. et al.* (C.D. Cal.), No. SACV 09-0987-CJC, "Order Granting Stipulated Request to Stay Proceedings Pending Settlement Negotiations," dated Jan. 29, 2010, Docket Entry No. 36. Both Courts asked for an update on settlement negotiations within 60 days.

Additionally, plaintiffs represented by counsel associated with Edelson McGuire have sought or will soon seek litigation stays in cases pertaining to OpenMarket transactions against the following additional third-parties:

1. *Serabian v. Verizon Wireless, et al.,* No. CV 090436 (Cal. Sup. Ct.)

2. *Pratt v. Alltel Communications LLC, et al.,* No. 09-13691 (E.D. Mich.)

OpenMarket and Edelson McGuire have sought stays in these cases to avoid wasting judicial resources, the expenditure of legal fees associated with discovery, and the briefing of pending motions to dismiss, upcoming dispositive motions, and class certifications motions. Furthermore, OpenMarket and Edelson McGuire believe that entering into litigation stays in each of their cases would allow their energies to remain focused on their negotiations, and allow their principals to avoid expending time litigating issues and claims that are the subject of the discussions.

For these same reasons, all the undersigned parties respectfully request a global stay of all of the claims in this case. This would permit the parties to focus on settlement, and avoid unnecessary waste of the Court's time deciding motions that may become moot, or in proceeding with class certification discovery and decisions in a piecemeal fashion. Edelson McGuire and OpenMarket are continuing their discussions and in-person meetings in the near future. Should the Court grant a litigation stay of the case, they would update the Court within 45 days about the status of their negotiations. The

4

settlement negotiations between Edelson McGuire and OpenMarket do not involve NextWeb and Predicto; however, the settlement of claims against OpenMarket may release claims that Gantchev has against NextWeb and Predicto, both of whom are clients of OpenMarket.

Plaintiff Ryan's "landline claims" are distinct from Gantchev's claims, and OpenMarket's settlement negotiations do not implicate Ryan, as Ryan has no claims—and could not have any claims—against OpenMarket, because OpenMarket is not involved in "landline" activity.  Landline telephone Defendants NextWeb, Email Discounts and ESBI contend that, if the Court stays the Gantchev portion of this case, then a global stay that also encompasses Ryan's claims is necessary given the deadline to respond to Plaintiffs' Motion for Class Certification that seeks certification of a single class of mobile telephone and landline telephone subscribers.  A global stay is also requested, given the interrelation of all Defendants, including NextWeb, with respect to their prospective claims for indemnity against each other.  The parties to the Gantchev and Ryan portions of the case have no objection to this request.

## CONCLUSION

For the foregoing reasons, the undersigned parties respectfully request that the Court stay all claims in this case and grant the agreed motion.

Dated:  February 8, 2010           EDELSON MCGUIRE LLC


                                   By /s/ Michael J. McMorrow
                                       MICHAEL J. MCMORROW
                                       Attorneys for Plaintiffs

Dated:  February 8, 2010           WILMER CUTLER PICKERING HALE & DORR LLP


                                   By /s/ Sanket J. Bulsara
                                       SANKET J. BULSARA
                                       Attorneys for Defendant
                                       OpenMarket, Inc.

Dated:  February 8, 2010           KLEIN ZELMAN ROTHERMAN LLP


                                   By Sean A. Moynihan
                                       SEAN A. MOYNIHAN
                                       Attorneys for Defendants NextWeb Media,
                                       LLC, Email Discounts, LLC and
                                       PredictoMobile, LLC,

**CERTIFICATE OF SERVICE**

       I, Michael McMorrow, an attorney, hereby certify that on this 8th day of February 2010, I served the above and foregoing *Agreed Motion to Stay Proceedings Pending Settlement Negotiations*, by electronic mail and by the Court's CM/ECF system, to the following:

| | |
|---|---|
| Elizabeth S. Elmore<br>Michael Peter Conway<br>Grippo & Elden LLC<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>docket@grippoelden.com | Sean A. Moynihan<br>David Rimas<br>Klein Zelman Rotherman LLP<br>485 Madison Avenue<br>New York, NY 10022<br>seanm@kleinzelman.com<br>david.rimas@kleinzelman.com |
| Charles Platt<br>Sanket Bulsara<br>Wilmer Cutler Pickering<br>  Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8860<br>Charles.Platt@wilmerhale.com<br>Sanket.Bulsara@wilmerhale.com | Geoffrey A. Vance<br>Wilber H. Boies<br>Monica Marie Quinn<br>McDermott, Will & Emery LLP<br>227 West Monroe Street, #4400<br>Chicago, Illinois 60606<br>gvance@mwe.com<br>bboies@mwe.com<br>mquinn@mwe.com |
| | Avidan Joel Stern<br>Lynch & Stern LLP<br>150 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606<br>avi@lynchandstern.com |

                                              /s/ Michael McMorrow
                                              Michael J. McMorrow

8

US1DOCS 7438284v1