# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIRIL GANTCHEV and MARGARET RYAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PREDICTO MOBILE, LLC, NEXTWEB MEDIA, LLC, EMAIL DISCOUNTS, LLC, OPENMARKET, INC., and ENHANCED SERVICES BILLING, INC.,<br><br>        Defendants. | No. 09 C 2312 and 09 C 2349 (consolidated)<br><br><br>Judge Ronald A. Guzman<br><br><br>NOTICE OF MOTION |

## NOTICE OF MOTION

    **PLEASE TAKE NOTICE** that on Thursday, February 11, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead in courtroom 1218, and then and there present the ***Corrected Agreed Motion to Stay Proceedings Pending Settlement Negotiations,*** a true and accurate copy of which is attached hereto and hereby served upon you.

                                            **KIRIL GANTCHEV and MARGARET RYAN**,
                                            individually and on behalf of a class of similarly
                                            situated individuals,

                                            By:  /s/   Michael McMorrow
                                                      One of Plaintiffs' Attorneys

Jay Edelson
Michael McMorrow
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: 312/589-6370
Facsimile: 312/589-6378

# CERTIFICATE OF SERVICE

I, Michael McMorrow, an attorney, hereby certify that on this 8th day of February 2010, I served the above and foregoing Notice of Motion, by electronic mail and by the Court's CM/ECF system, to the following:

| | |
|---|---|
| Elizabeth S. Elmore<br>Michael Peter Conway<br>Grippo & Elden LLC<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>docket@grippoelden.com | Sanket Bulsara<br>Charles Platt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>Sanket.Bulsara@wilmerhale.com<br>Charles.Platt@Wilmerhale.com |
| Avidan Joel Stern<br>Lynch & Stern LLP<br>150 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606<br>avi@lynchandstern.com | Richard B. Newman<br>Klein Zelman Rothermel LLP<br>485 Madison Ave.<br>15th Floor<br>New York, NY 10022<br>rnewman@kleinzelman.com |
| Geoffrey A. Vance<br>Wilber H. Boies<br>Monica Marie Quinn<br>McDermott, Will & Emery LLP<br>227 West Monroe Street, #4400<br>Chicago, Illinois 60606<br>gvance@mwe.com<br>bboies@mwe.com<br>mquinn@mwe.com | |

/s/ Michael McMorrow