Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2312 | **DATE** | 2/11/2010 |
| **CASE TITLE** | Gantchev vs. Predicto Mobile, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/11/2010. Motion by Defendants Email Discounts, LLC, Nextweb Media, LLC, OpenMarket, Inc., Predicto Mobile, LLC, Plaintiffs Kiril Gantchev, Margaret Ryan to stay Proceedings Pending Settlement Negotiations [82] is granted to and including 3/29/10. Status hearing set for 4/8/10 is reset to 3/29/2010 at 09:30 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|