## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KIRIL GANTCHEV AND MARGARET RYAN, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No.  09-CV-2312 |
| v. | ) ) | Hon. Ronald A. Guzman |
| PREDICTO MOBILE, LLC, a Delaware limited liability company, NEXTWEB MEDIA, LLC, a Nevada limited liability company, EMAIL DISCOUNTS, LLC, a Nevada limited liability company, OPENMARKET, INC., a Michigan corporation, ENHANCED SERVICES BILLING, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Cox |
| *Defendants*. | ) | |

------------------------------------------------------------x

**AGREED MOTION TO CONTINUE STAY**

Plaintiffs Kiril Gantchev ("Gantchev"), Margaret Ryan ("Ryan"), and Defendant OpenMarket, Inc. ("OpenMarket"), Predicto Mobile, LLC ("Predicto"), NextWeb Media LLC ("NextWeb") and Email Discounts, LLC ("Email Discounts"), respectfully and jointly move this Court to continue the stay of this case entered on February 11, 2010. OpenMarket and Plaintiffs have agreed to a settlement in principle (the "OpenMarket Settlement") which would resolve Plaintiffs' claims against OpenMarket (as well as least 10 other lawsuits pending in multiple courts throughout the country against OpenMarket and third-parties).  Plaintiffs and OpenMarket are finalizing the terms of the lengthy papers necessary to achieve such a global settlement, and anticipate filing preliminary approval papers in an appropriate court by May 15, 2010.  In light of these negotiations, the parties respectfully ask that the stay in this case be continued for another 45 days.  For

the reasons explained in the parties' original Motion to Stay Proceedings Pending Settlement Discussions, filed February 8, 2010 [Dkt No. 82], continuing the global stay of this case would save significant judicial resources, including this Court's time in deciding both currently pending and future motions that implicate all parties, avoid the parties spending unnecessary resources litigating their dispute, and allow the parties the time necessary to complete the settlement papers.

The OpenMarket Settlement does not involve NextWeb and Predicto; however, the settlement of claims against OpenMarket may release claims that Gantchev has against NextWeb and Predicto, both of whom are clients of OpenMarket. Enhanced Services Billing, Inc. ("ESBI") has indicated through counsel that it is not opposed to this motion. Should the Court continue the stay in this case, the parties will update the Court within 45 days about the status of the settlement.

## CONCLUSION

For the foregoing reasons, the undersigned parties respectfully request that the Court continue the stay of all claims in this case issued on February 11, 2010, and grant this agreed motion.

3

Dated: March 26, 2010               EDELSON MCGUIRE LLC


                                    By /s/ Michael J. McMorrow
                                        MICHAEL J. MCMORROW
                                        Attorneys for Plaintiffs

Dated: March 26, 2010               WILMER CUTLER PICKERING HALE & DORR LLP


                                    By /s/ Sanket J. Bulsara
                                        SANKET J. BULSARA
                                        Attorneys for Defendant
                                        OpenMarket, Inc.

Dated: March 26, 2010               KLEIN ZELMAN ROTHERMAN LLP


                                    By Sean A. Moynihan
                                        SEAN A. MOYNIHAN
                                        Attorneys for Defendants NextWeb Media,
                                        LLC, Email Discounts, LLC and
                                        PredictoMobile, LLC,

**CERTIFICATE OF SERVICE**

I, Michael McMorrow, an attorney, hereby certify that on this 26th day of March 2010, I served the above and foregoing *Agreed Motion to Continue Stay*, by electronic mail and by the Court's CM/ECF system, to the following:

| | |
|---|---|
| Elizabeth S. Elmore<br>Michael Peter Conway<br>Grippo & Elden LLC<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>docket@grippoelden.com | Sean A. Moynihan<br>David Rimas<br>Klein Zelman Rotherman LLP<br>485 Madison Avenue<br>New York, NY 10022<br>seanm@kleinzelman.com<br>david.rimas@kleinzelman.com |
| Charles Platt<br>Sanket Bulsara<br>Wilmer Cutler Pickering<br> Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8860<br>Charles.Platt@wilmerhale.com<br>Sanket.Bulsara@wilmerhale.com | Geoffrey A. Vance<br>Wilber H. Boies<br>Monica Marie Quinn<br>McDermott, Will & Emery LLP<br>227 West Monroe Street, #4400<br>Chicago, Illinois 60606<br>gvance@mwe.com<br>bboies@mwe.com<br>mquinn@mwe.com |
| | Avidan Joel Stern<br>Lynch & Stern LLP<br>150 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606<br>avi@lynchandstern.com |

            /s/ Michael McMorrow
            Michael J. McMorrow

5