Kiril Gantchev, et al.
         Plaintiff,

v.                 Case No.: 1:09–cv–02312
                Honorable Ronald A. Guzman

Predicto Mobile, LLC, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 29, 2010:

  MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 3/29/2010. All outstanding discovery requests to be completed by 4/19/10. Discovery ordered closed 5/28/10. Motion by Defendants Email Discounts, LLC, Nextweb Media, LLC, OpenMarket, Inc., Predicto Mobile, LLC, Plaintiffs Kiril Gantchev, Margaret Ryan to continue Stay [86] is denied. Set deadlines as to motion by Plaintiffs Kiril Gantchev, Margaret Ryan to certify class [69] : Response due by 6/4/2010. Reply due by 6/25/2010. Status hearing set for 6/2/2010 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.