**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Kiril Gantchev, et al.
                      Plaintiff,

v.                                        Case No.: 1:09–cv–02312
                                                         Honorable Ronald A. Guzman

Predicto Mobile, LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 22, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Status hearing reset to 7/23/2010 at 09:30 AM. NOTE TIME CHANGE ONLY. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.