## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Kiril Gantchev, et al().

                              Plaintiff,

v.                                                      Case No.: 1:09–cv–02312
                                                         Honorable Ronald A. Guzman

Predicto Mobile, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 23, 2010:

      MINUTE entry before Honorable Ronald A. Guzman:Status hearing held on 7/23/2010. Remaining depositions, as stated in court, to be taken on or before 8/23/10. Set deadlines as to motion by Plaintiffs Kiril Gantchev, Margaret Ryan to certify class [69] : Response due by 8/23/2010. Reply due by 9/7/2010. Ruling to be by mail. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.