# United States District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

**Michael W. Dobbins,** **Office of the Clerk**
**Clerk** **312.495.5670**

September 7, 2010

Clerk, Attention: Lisa
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street, Room 801
Chicago, IL 60602

Re: Gantchev et al v. Predicto Mobile, LLC et al
USDC No: 09-cv-2312
Circuit Court No: 08 CH 31842

Dear Sir:

A certified copy of an order entered on 8/20/2010 by the Honorable Ronald A. Guzman remanding the above-entitled case to the Circuit Court of Cook County, Illinois, is herewith transmitted to you for your files.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Lisa K. Provine
Deputy Clerk

Enclosure(s)
Copy to attorneys of record